1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625
   tnarita@snllp.com
6  alugay@snllp.com

7  Attorneys for Defendants

8

9

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13  ANGELICA GARCIA,                 )  CASE NO.: 5:12-cv-06491-EJD
                                      )
14                                    )
                                      )
15          Plaintiff,                )  STIPULATION AND [PROPOSED]
                                      )  ORDER TO EXTEND TIME TO
16      vs.                           )  FILE AMENDED ANSWER TO
                                      )  COMPLAINT AND MOTION TO
17                                    )  STRIKE ANSWER
                                      )
18  FORTIS CAPITAL IV, LLC,           )
    CURTIS O. BARNES, P.C.,           )
19  TOFOYA DOE, and DOES 1-10,        )
                                      )
20                                    )
                                      )
21          Defendants.               )
                                      )
22  _____  )

23

24

25

26

27

28

1    Plaintiff Angelica Garcia ("Plaintiff") and Defendants Fortis Capital IV,

2  LLC, Curtis O. Barnes, P.C., and Nicholas Tafoya ("Defendants") hereby stipulate

3  to the following:

4    WHEREAS Plaintiff filed the Complaint in this action on December 21,

5  2012;

6    WHEREAS the Defendants filed an Answer to the Complaint on February

7  21, 2013;

8    WHEREAS the parties have met and conferred regarding a potential motion

9  to strike certain of the affirmative defenses contained in the Answer;

10    WHEREAS the Defendants plan to file an Amended Answer;

11    WHEREAS the parties wish to avoid unnecessary motion practice;

12    THEREFORE it is stipulated and agreed by Plaintiff and Defendants,

13  through their counsel, that Defendants may have until March 19, 2013, to file an

14  Amended Answer to the Complaint.  In the event that Defendants do not file an

15  Amended Answer on or before that date, Plaintiff shall have until March 29, 2013

16  to file a motion to strike the Answer.

17  IT IS SO STIPULATED.

18  DATED: March 11, 2013          SIMMONDS & NARITA LLP
19                                 TOMIO B. NARITA
                                   ARVIN C. LUGAY
20

21                                 By:   s/Tomio B. Narita
22                                 Tomio B. Narita
                                   Attorneys for Defendants
23

24  DATED: March 11, 2013          RONALD WILCOX
                                   BEN DUPRE
25

26                                 By:   s/Ronald Wilcox
27                                 Ronald Wilcox
                                   Attorneys for Plaintiff
28                                 Angelica Garcia

1

[PROPOSED ORDER]

2

3

4          Pursuant to the stipulation of the parties and good cause appearing, IT IS

5   HEREBY ORDERED THAT Defendants may have until March 19, 2013, to file an

6   Amended Answer to the Complaint.  In the event that Defendants do not file an

7   Amended Answer on or before that date, Plaintiff shall have until March 29, 2013

8   to file a motion to strike the Answer.

9

10  IT IS SO ORDERED:

11  DATED:   _____3/12/2013_____

12

13                                  By:   _____

14                                        Honorable Edward J. Davila
                                          United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28