Ben E. Dupre (Cal. Bar No. 231191)
DUPRE LAW FIRM, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050

Ronald Wilcox (Cal. Bar No. 176601)
LAW OFFICE OF RONALD WICLOX
1900 The Alameda, Ste. 530
San José, CA 95126
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiff:
ANGELICA GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

| | |
|---|---|
| ANGELICA GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>FORTIS CAPITAL IV, LLC, CURTIS O. BARNES, P.C., TOFOYA, et al.,<br><br>Defendants. | Case No. CV 12-6491 EJD<br><br>[PROPOSED] JUDGMENT AS TO DEFENDANT FORTIS CAPITAL, IV, LLC |

Judgment is hereby entered in favor of Plaintiff Angelica Garcia against Defendant Fortis Capital IV, LLC, in the sum of $20,000.

Dated: 2/14/2014

_____
**U.S. DISTRICT JUDGE**