Ben Dupré, Esq. (Cal. Bar No. 231191)
Dupré Law Firm, P.C.
2005 De La Cruz Blvd., Ste. 203
Tel: 408-727-5377
Fax: 408-727-5310

Ronald Wilcox (Cal. Bar. No. 176601)
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Attorney for Plaintiff:
ANGELICA GARCIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANGELICA GARCIA<br><br>Plaintiff,<br><br>vs.<br><br>FORTIS CAITAL IV, LLC, CURTIS O.BARNES, P.C., TOFOYA DOE, AND DOES 1-10,<br><br>Defendants. | Case No. 15:12-cv-06491 EJD PSG<br><br>**ADMINISTRATIVE MOTION FOR MISCELLANEOUS RELIEF** |

Defendant filed a Motion for Summary Judgment (Doc #53). In order to properly address such motion Plaintiff respectfully requests leave to file an opposition brief that exceeds 25 pages. In order to properly present to the court the applicable facts and law, Plaintiff believes she will need an additional seven (7) pages. (For instance, there were ten (10) depositions in the matter.)

**ADMINISTRATIVE MOTION FOR MISCELLANEOUS RELIEF**

Local Rule allows for an opposition brief of 25 pages. LR 7-4(b). However, LR 7-11 also specifically allows a party to file a Motion for Administrative relief for matters which include "motions to exceed otherwise applicable page limitations."

I telephoned Defendant's counsel (Nathaniel Lucey) on Tuesday, February 18, 2014, to meet and confer regarding the herein request. Defendant stated he had no objection.

Thus, Plaintiff respectfully requests to be allowed to file an opposition brief not to exceed 32 pages.

/s/ Ronald Wilcox
Counsel for Plaintiff

### [Proposed] ORDER

The administrative motion to file an over-length brief is hereby granted.

**IT IS SO ORDERED.**

**Date:** February 19, 2014

_____
**U.S. DISTRICT JUDGE**

**ADMINISTRATIVE MOTION FOR MISCELLANEOUS RELIEF**
- 2